**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE MATUSZEWSKI,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>AETNA LIFE INSURANCE CO., *et al.*,<br><br>　　Defendants. | Case No.: 16-CV-01302-YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE HEARING** |

The Court understands, based upon the parties' notice of settlement (Dkt. No. 15), that the above-captioned case has settled. Accordingly, all pending motion, case management, and trial dates are **VACATED**. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, July 29, 2016**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

By no later than July 22, 2016, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

**IT IS SO ORDERED**.

Dated: June 17, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**