1  LAW OFFICES OF CHRISTIAN J. GARRIS
   CHRISTIAN J. GARRIS  SBN 175808
2  633 West Fifth Street, 28th Floor
   Los Angeles, California 90071
3  Telephone: (213) 624-2900
   Facsimile: (213) 624-2901
4  Email: cjg@christiangarris.com

5  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE MATUSZEWSKI, an indivial,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV16-01302-YGR<br><br>[~~PROPOSED~~] **ORDER RE DISMISSAL**<br><br>Judge:   Hon. Yvonne Gonzalez Rogers<br>Ctrm.:   1 (Oakland) |

The above-captioned action and all related counterclaims and cross-actions are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: __August 26, 2016__   By: _/s/ Yvonne Gonzalez Rogers_

Hon. Yvonne Gonzalez Rogers

United States District Judge

**Order**